

UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

'08 MJ 8311

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>Ramon Cornelio LOPEZ-Felix<br><br>Defendant. | Magistrate Case No.:<br><br>COMPLAINT FOR VIOLATION OF<br><br>21 U.S.C. § 952 and 960<br>Importation of a Controlled Substance<br>(Felony) |

The undersigned complainant being duly sworn states:

That on or about April 8, 2008, within the Southern District of California, defendant Ramon Cornelio LOPEZ-Felix did knowingly and intentionally import approximately 24.16 kilograms (53.15 pounds) of methamphetamine, a Schedule II Controlled Substance, into the United States from a place outside thereof, in violation of Title 21, United States Code, Sections 952 and 960.

The complainant states that this complaint is based on the attached Statement of Facts incorporated herein by reference.

BRANDON M. WOOD
Special Agent
U.S. Immigration & Customs Enforcement

SWORN TO BEFORE ME AND SUBSCRIBED IN MY PRESENCE, THIS 9th, DAY OF APRIL 2008.

PETER C. LEWIS
UNITED STATES MAGISTRATE JUDGE

UNITED STATES OF AMERICA
            v.
Ramon Cornelio LOPEZ-Felix

## STATEMENT OF FACTS

This Statement of Facts is based on the reports, documents, and notes furnished to U. S. Immigration and Customs Enforcement Special Agent Brandon Wood.

On April 8, 2008, at approximately 1135 hours, Ramon Cornelio LOPEZ-Felix entered the United States at the Calexico, California West Port of Entry (POE). LOPEZ was the driver, registered owner, and sole occupant of a 1978 Chrysler LeBaron with Mexican license plate number BDR1047.

During pre-primary roving operations, Customs and Border Protection Officer (CBPO) S. Baca made contact with the driver, registered owner, and sole occupant of a 1978 Chrysler LeBaron. The driver was identified as Ramon LOPEZ-Felix by *his* Border Crossing Card. LOPEZ stated to CBPO S. Baca that *the vehicle was* his and was registered in his name. LOPEZ stated that he was going to Calexico to go shopping.

CBPO S. Baca noticed that LOPEZ was being overly friendly. CBPO S. Baca asked Customs and Border Protection Canine Officer (CEO) D. Alba to use his Human-Narcotics Detector Dog (HNDD) on the vehicle. CEO D. Alba's HNDD alerted to the rear seat and trunk of the vehicle. CEO D. Alba immediately notified CBPO S. Baca of the alert.

CBPO S. Baca requested that CBPO G. Hernandez who was manning primary lane four (4) send the 1978 Chrysler LeBaron to the vehicle secondary lot when it arrived at his booth. CBPO G. Hernandez stated that he took a negative Customs declaration from LOPEZ, the driver of the vehicle. LOPEZ stated to CBPO G. Hernandez that he was going to shop at Wal-Mart. CBPO G. Hernandez sent the vehicle to the vehicle secondary for a more intensive inspection.

CBPO S. Baca drilled the floor of the vehicle and a white crystal substance was revealed testing positive for methamphetamine. Further inspection of the vehicle revealed a total of twenty five (25) packages concealed inside the non-factory compartment under the rear seat. The packages had a total weight of 24.16 kilograms (53.15 pounds).

Special Agent (SA) Brandon Wood placed LOPEZ under arrest for violation of Title 21 United States Code 952 and 960, Importation of a Controlled Substance. LOPEZ was advised of his Constitutional Rights, per Miranda, which he acknowledged and waived.

LOPEZ admitted knowledge that a controlled substance was concealed within the vehicle. LOPEZ stated to SA Wood that he was to be paid $1500 to smuggle the controlled substance into the United States and drop it off at a local "Wal-Mart." LOPEZ was processed, booked, and transported to Imperial County Jail.